Robert L. JOHNSON and Mildred W. Johnson, Plaintiffs-Appellants,

v.

MAJOR CADILLAC, INC. and ESCO Industries, Inc. d/b/a The Major Leasing Company, Defendants-Respondents.

No. WD 32935.

Missouri Court of Appeals, Western District.

Sept. 7, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 2, 1982.

Application to Transfer Dec. 13, 1982.

John Harl Campbell, William A. Seaton, Kansas City, for plaintiffs-appellants.

Joseph R. Colantuono, Polsinelli, White & Schulte, Kansas City, for defendants-respondents.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

*PER CURIAM.*

Appeal from summary judgment in favor of Major Cadillac and Esco Industries on the Johnson petition and in favor of Major Cadillac and Esco and against Johnson on a counterclaim in the amount of $775.63.

Judgment affirmed. Rule 84.16(b).